UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | BK No.: 21-09385 |
| Lottie Hafer | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

## NOTICE OF MOTION

To:

Lottie Hafer, 77 N. Buesching Rd., #618, Lake Zurich, IL 60047 (Via U.S. Mail)

David M Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090 (Via CM/ECF) (*Debtor's Attorney*).

Joseph E Cohen, Cohen & Krol, 105 West Madison Suite 1100, Chicago, IL 60602 (Via CM/ECF) (*Ch. 13 Trustee*)

Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn Street, Room 873, Chicago, IL 60604 (Via CM/ECF) (*U.S. Trustee*)

**PLEASE TAKE NOTICE** that on **Monday, September 27, 2021, at 9:30 a.m**, I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, and present **BMO Harris Bank N.A.'s Motion for Leave to Conduct Rule 2004 Exam**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 500 0972 and the password is 726993. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

BMO Harris Bank N.A.
By:

_____/s/ Adham Alaily_____

Egan & Alaily LLC
20 S. Clark Street, Suite 2120
Chicago, IL 60603
(312) 253-8640
aalaily@ea-atty.com

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that on September 17, 2021 he caused the above listed parties to be served by United States Postal Service by first class mail, postage prepaid, from 20 S. Clark Street, Suite 2120, Chicago, Illinois 60654, before 5:00 P.M. on that date, a copy of the foregoing Notice of Motion and Motion for Leave to Conduct Rule 2004 Exam, or electronically by virtue of the CM/ECF system, as indicated above.

                                                         /s/ Adham Alaily


Adham Alaily
aalaily@ea-atty.com
EGAN & ALAILY LLC
20 S. Clark Street, Suite 2120
Chicago, Illinois 60603
(312) 253-8640
aalaily@ea-atty.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | BK No.: 21-09385 |
| Lottie Hafer | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

## BMO HARRIS BANK N.A.'S MOTION FOR LEAVE TO CONDUCT RULE 2004 EXAM

BMO Harris Bank ("BMO"), by the undersigned attorney, moves this Court pursuant to Federal Rule of Bankruptcy 2004 and Local Rule 2004-1 for permission to conduct an examination of the Debtor. In support thereof, BMO states as follows:

1. BMO is a secured creditor of the Debtor pursuant to a judgment entered October 25, 2019 in the amount of $312,779.38. The judgment was a deficiency stemming from a 2016 foreclosure action.

2. On July 2, 2021, the Debtor was served with a citation to discover assets. On August 8, 2021, the Debtor filed this bankruptcy case. The citation to discover assets was never answered.

3. Fed.R.Bankr. 2004 permits an examination that relates to the acts, conduct, or property, or to any matter that affects the Debtor's right to discharge. Fed.R.Bankr. 2004.

4. Based on information and documents obtained during the foreclosure case, the Debtor was a beneficiary in a self-settled land trust and possibly a self-settled personal trust.

5. However, Par. 25 of Debtor's Schedule A/B and Par. 19 of Debtor's Schedule of Financial Affairs state that Debtor has no interest in a trust.

6. Furthermore, the Debtor's schedules indicate that her only debt is BMO's debt and her only income (social security) is exempt from collection, which begs the question why the Debtor filed for bankruptcy.

7.  In this case, it is proper for this Court to order the Debtor's examination so that she can answer questions and/or produce documents relating to the aforementioned issues.

WHEREFORE, BMO Harris Bank N.A. respectfully requests that this Court enter an order granting BMO leave to conduct a Rule 2004 examination of the Debtor; and 2) for any other relief this Court deems just.

                                                      BMO Harris Bank N.A.

                                                      BY:        /s/ Adham Alaily
                                                                                 One of its attorneys

Adham Alaily
EGAN & ALAILY, LLC
20 S. Clark Street, 2120
(312) 253-8640
aalaily@ea-atty.com