UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>**LOTTIE HAFER**,<br><br>DEBTOR. | CASE NO.: 21-BK-09385<br><br>CHAPTER 7<br><br>HON. A. BENJAMIN GOLDGAR<br>U.S. BANKRUPTCY JUDGE<br><br>**TELEPHONIC HEARING**<br>HEARING DATE: OCTOBER 29, 2021<br>HEARING TIME: 11:00 A.M. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Friday, October 29, 2021, at 11:00 a.m.**, I will appear before the Honorable Benjamin Goldgar, or any judge sitting in that judge's place, and present the **Motion for Rule 2004 Examination of the Debtor**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **160 817 7512** and the password is **623389.** The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

*/s/ David Paul Holtkamp*
David Paul Holtkamp, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 353-5014

## CERTIFICATE OF SERVICE

I, David Paul Holtkamp, an attorney, certify that I served a copy of this notice, attached motion, and proposed order on each entity shown on the service list at the address shown and by the method indicated on the list on October 13, 2021, before 5:00 p.m.

*/s/ David Paul Holtkamp*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice**:

- **Adham Alaily**  aalaily@ea-atty.com
- **Joseph E Cohen**  jcohen@cohenandkrol.com, jcohen@ecf.AxosFS.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;acartwright@cohenandkrol.com
- **Patrick S Layng**  USTPRegion11.ES.ECF@usdoj.gov
- **David M Siegel**  davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com

## Manual Notice List

## Parties Served via First Class Mail:

Lottie Hafer
77 N. Buesching Rd., #618
Lake Zurich, IL 60047
LAKE-IL

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>**LOTTIE HAFER**,<br><br>DEBTOR. | CASE NO.: 21-BK-09385<br><br>CHAPTER 7<br><br>HON. A. BENJAMIN GOLDGAR<br>U.S. BANKRUPTCY JUDGE<br><br><u>TELEPHONIC HEARING</u><br>HEARING DATE: OCTOBER 29, 2021<br>HEARING TIME: 11:00 A.M. |

## MOTION OF RULE 2004 EXAMINATION OF THE DEBTOR

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois, by his attorney, David Paul Holtkamp, and moves the Court to enter an order authorizing an examination from Lottie Hafer (the "Debtor"), pursuant to Fed. R. Bankr. P. 2004. In support of his request, the United States Trustee states the following:

1. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and LR40.3.1(a) of the United States District Court for the Northern District of Illinois and Local Rule 9013-9.

2. Movant is the United States Trustee for the Northern District of Illinois and brings this motion pursuant to Fed. R. Bankr. P. 2004.

3. On August 8, 2021, the Debtor filed her voluntary petition for relief Chapter 7 of the Bankruptcy Code. On or about that same time, Joseph Cohen was appointed Chapter 7 Trustee in the Debtor's case. The last date for parties to object

to the Debtor's discharge or to file a motion to dismiss her case under § 707 is November 8, 2021.

4. The Debtor's Schedule A/B shows no real property and $4,600 in personal property.

5. The Debtor's Schedule E/F lists a single creditor, BMO Harris, is owed an unsecured nonpriority Judgment of $360,215.18.

6. Schedule I reflects the Debtor is retired and has $2,548.00 in gross income from social security.

7. The 341 Meeting of Creditors was held on September 9, 2021.

8. On September 17, 2021, BMO Harris Bank, filed a Motion to Conduct a 2004 Exam of the Debtor alleging the Debtor was a beneficiary in a self-settled land trust and possible self-settled personal trust that is not disclosed on her Bankruptcy Schedules. The Motion also questions the reason for filing the bankruptcy given the Debtor's only debt is the BMO Harris debt and her only income (social security) is exempt from collection. (See Dkt.11).

9. The U.S. Trustee seeks information and documents to verify the veracity, truthfulness, and completeness of the Debtor's petition, schedules, statement of financial affairs and testimony at the 341 Meeting of Creditors in order to evaluate whether there may be a basis to object to the Debtor's discharge under Section 727 of the Bankruptcy Code or file a motion to dismiss Debtor's case pursuant to Section 707. To do so, the U.S. Trustee needs to review documents and elicit testimony from

the Debtor under Federal Rule of Bankruptcy Procedure 2004(c), which may include the production of documents and attendance at an examination.

**WHEREFORE**, the U.S. Trustee requests the Court to enter an order authorizing the United States Trustee to conduct an examination of the Debtor under Fed. R. Bankr. P. 2004, and for such other relief as is just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: <u>October 13, 2021</u>

By:<u>*/s/ David Paul Holtkamp*</u>
David Paul Holtkamp, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 353-5014